## IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CANDACE MILAM DREW,                        :
Individually and as Administrator of the   :
Estate of WILLIAM VINCENT GULLETT,         :
Deceased,                                   :
                                            :
      Plaintiff,         :
                                            :
      vs.                :      No. 3:21cv194-MPM-RP
                                            :      JURY TRIAL DEMANDED
TIPPAH COUNTY; TIPPAH COUNTY               :
SHERIFF'S DEPARTMENT; KARL                 :
GAILLARD: and                               :
JOHN DOES 1-10.                             :
                                            :
      Defendants         :

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)    Name:      Daniel V. Parish

        Firm Name:    WOLFF ARDIS, P.C.

        Office Address:    5810 Shelby Oaks Drive

        City:    Memphis    State TN    Zip 38134

        Telephone:    (901) 763-3336    Fax: (901) 763-3376

        E-Mail:    dparish@wolffardis.com

(B)    Client(s):    Candace Milam Drew, Individually as Administrator of the Estate of James Vincent Gullett, Deceased

        Address:    133 King's Mountain Drive

        City:    Byhalia    State MS    Zip 38611

        Telephone:    (662) 587-4646    Fax:

1

(C)    I am admitted to practice in the State of Tennessee, and I am currently in good standing with this Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for the admitting Court is: Appellate Court Clerk Office, Supreme Court Building, 401 7th Avenue North, Nashville, Tennessee 37219, (615) 253-1470, Appellate Court Clerk's Office | Tennessee Administrative Office of the Courts (tncourts.gov).

All other courts before which I have been admitted to practice:

| Jurisdiction – Pro Hac Vice | Period of Admission |
| --- | --- |
| U.S. District Court Missouri, Eastern District | 03/08/2017 – 11/14/2017 |
| U.S. District Court Texas, Western District | 03/08/2017 – 08/07/2020 |
| U.S. District Court Mississippi, Northern District | 07/21/2017 – 10/24/2017 |
| U.S. District Court Mississippi, Southern District | 11/09/2018 – 03/02/2020 |
| U.S. District Court, Southern District of Florida | 09/13/2019 – 01/10/2021 |
| U.S. District Court Pennsylvania, Middle District | 06/23/2020 – Present (active case) |
| Circuit Court of Lonoke County, Arkansas Civil Division | 01/14/2020 |
| Circuit Court for the 11th Judicial Circuit, Miami-Dade County, Florida | 06/15/2017 – 10/20/17 |
| Circuit Court for Tunica County, Mississippi | 02/26/2018 - Present |

|  |  | Yes | No |
| --- | --- | --- | --- |
| (D) | Have you been denied admission pro hac vice in this state? |  | X |
|  | Have you had admission pro hac vice revoked in this state? |  | X |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? |  | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

2

Not applicable.

|   | | Yes | No |
|---|---|-----|-----|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

Not applicable.

|   | | Yes | No |
|---|---|-----|-----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

Not applicable.

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---------------------------|---------------------|------------------------|
| None. | | |

3

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
| --- | --- |
| Circuit Court of Tunica County, Mississippi, 1300 School Street, Tunica, MS 38676 | *Dula Rammacher v. RIH Acquisitions MS I, LLC, and Servicepro, LLC*, Docket No. 2017-0129 |

|  |  | Yes | No |
| --- | --- | --- | --- |
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X | |
| | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X | |

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     Patrick M. Ardis, #104916

Firm Name:     WOLFF ARDIS, P.C.

Office Address:     5810 Shelby Oaks Drive

City: Memphis          State: TN     Zip: 38134

Telephone: (901) 763-3336     Fax: (901) 763-3376

Email address:     pardis@wolffardis.com

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

4

_____
                                        Resident Attorney

I certify that the information provided in this Application is true and correct.

9/30/21
_____                         _____
      Date                              Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.