IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CANDACE MILAM DREW, Individually and
as Administrator of the Estate of James
Vincent Gullett, Deceased　　　　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　　　　　CIVIL ACTION NO: 3:21-CV-00194-MPM-RP

TIPPAH COUNTY, MISSISSIPPI;
TIPPAH COUNTY SHERIFF'S DEPARTMENT;
KARL GAILLARD; WALNUT POLICE
DEPARTMENT; and, JOHN DOES 1-10　　　　　　　　　　　　DEFENDANTS

## NOTICE OF INTENT

**PLEASE TAKE NOTICE** that the Defendants, Tippah County, Mississippi; Tippah County Sheriff's Department; and, Karl Gaillard, by and through counsel, on February 16, 2022, have caused to be issued a subpoena *duces tecum* (a copy of which is attached as Exhibit "A") on the following:

　　Mississippi State Medical Examiner's Office
　　215 Allen Stuart Road
　　Pearl, MS 39208

　　Respectfully submitted, this the 17th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　**JACKS| GRIFFITH |LUCIANO, P.A.**

　　　　　　　　　　　　　　　By:　*/s/ Arnulfo U. Luciano*
　　　　　　　　　　　　　　　　　Arnulfo U. Luciano, MS Bar No. 99198
　　　　　　　　　　　　　　　　　Daniel J. Griffith, MS Bar No. 8366
　　　　　　　　　　　　　　　　　Mary McKay Griffith, MS Bar No. 100785
　　　　　　　　　　　　　　　　　Attorneys for Defendants Tippah County,
　　　　　　　　　　　　　　　　　Mississippi; Tippah County Sheriff's
　　　　　　　　　　　　　　　　　Department; and, Karl Gaillard

Of Counsel:

**JACKS |GRIFFITH |LUCIANO, P.A.**
150 North Sharpe Street
P. O. Drawer 1209
Cleveland, MS 38732
Phone No. (662) 843-6171

Fax No. (662) 843-6176
Email: dgriffith@jlpalaw.com
   mgriffith@jlpalaw.com
   aluciano@jlpalaw.com

B. Sean Akins
Akins & Adams, P.A.
108 East Jefferson Street
Ripley, MS 38663
Phone: (662) 837-9976
Fax: (662) 837-1009
Email: sean@akinsadams.com
Attorney for Tippah County

### CERTIFICATE OF SERVICE

I, Arnulfo U. Luciano, attorney for the Defendants, hereby certify that I have this day served via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing *Notice of Intent* to:

>Patrick Michael Ardis
>Wolff Ardis, P.C.
>5810 Shelby Oaks Drive
>Memphis, TN 38134
>Phone: (901) 763-3336
>Email: pardis@wolffardis.com
>**Attorney for Plaintiff**

>Jason Thomas Marsh, Esq.
>G. Todd Butler, Esq.
>Phelps Dunbar LLP - Jackson
>4270 I-55 North
>P.O. Box 16114
>Jackson, MS 39236-6114
>Phone: (601) 352-2300
>Email: jason.marsh@phelps.com
>   butlert@phelps.com
>**Attorneys for Walnut Police Department**

**DATED** this 17th day of February, 2022.

   */s/ Arnulfo U. Luciano*
   Arnulfo U. Luciano