# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**CANDACE MILAM DREW, INDIVIDUALLY**
**AND AS ADMINISTRATOR OF THE ESTATE**
**OF JAMES VINCENT GULLETT, DECEASED**                         **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO: 3:21-CV-00194-MPM-RP**

**TIPPAH COUNTY, ET AL.**                                               **DEFENDANTS**

## NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendant the Walnut Police Department[1] by and through counsel, intends to have a Subpoena *Duces Tecum* issued and served upon the following entity:

Baptist Memorial Hospital East
ATTN: Custodian of Medical Records
6019 Walnut Grove Road
Memphis, TN 38120

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires the said entity to produce copies of certain documents and materials on or before June 9, 2022.

Dated: May 26, 2022.

---

[1] Though Plaintiff's Complaint names the "Walnut Police Department" as a Defendant, it is well established that a police department simply is a department within a city and cannot be sued separately. *See Darby v. Pasadena Police Depart.*, 939 F.2d 311, 314 (5th Cir. 1991). Thus, the proper party in interest is the City of Walnut, Mississippi.

PD.37611304.1

PHELPS DUNBAR, LLP

BY:   *s/ Jason T. Marsh*
G. Todd Butler, MB #102907
Jason T. Marsh, MB #102986
4270 I-55 North
Jackson, Mississippi 39211-6391
Post Office Box 16114
Jackson, Mississippi 39236-6114
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: butlert@phelps.com
        marshj@phelps.com

**ATTORNEYS FOR DEFENDANT WALNUT POLICE DEPARTMENT**

## CERTIFICATE OF SERVICE

I, Jason T. Marsh, do hereby certify on this day, I filed the foregoing NOTICE using the Court's CM/ECF system, which sent notification to all counsel of record in this matter.

This the 26th day of May, 2022.

*s/ Jason T. Marsh*
Jason T. Marsh

PD.37611304.1