IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| CANDACE MILAM DREW, Individually and as Administrator of the Estate of JAMES VINCENT GULLETT, Deceased, | : : : : : | |
| Plaintiff, | : : | |
| vs. | : : | No. 3:21cv194-MPM-RP JURY TRIAL DEMANDED |
| TIPPAH COUNTY; TIPPAH COUNTY SHERIFF'S DEPARTMENT; KARL GAILLARD: WALNUT POLICE DEPARTMENT and JOHN DOES 1-10. | : : : : : | |
| Defendants | | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES**

Pursuant to Federal Rules of Civil Procedure 16(b)(4), the Plaintiff moves for modification of the pretrial deadlines contained in the Court's Order Resetting Deadlines Following Trial Continuance [Dkt. No. 43]. This modification is unopposed by the Defendants and would only affect the parties' respective expert disclosure deadlines. Specifically, the Plaintiff requests that the following modifications be made:

1. Plaintiff's expert disclosures from September 23, 2022 to November 4, 2022;

2. Defendants' expert disclosures by October 21, 2022 to December 2, 2022;

1

WHEREFORE, as the Plaintiff's motion is unopposed by the Defendants and as this modification does not affect the trial setting of this matter, the Plaintiff prays that the Court enter an order modifying its earlier Order as to these two dates.

                                      Respectfully Submitted,

                                      /s/ Daniel V. Parish_____
DANIEL V. PARISH, *Pro Hac Vice*
PATRICK M. ARDIS
WOLFF ARDIS, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134
(901) 763-3336
(901) 763-3376 Fax

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Daniel V. Parish, hereby certify that a true and correct copy of the foregoing document has been served upon the below parties via email:

ARNOLD LUCIANO
MARY KAY GRIFFITH
JACKS GRIFFITH LUCIANO, P.A.
150 N. Sharpe Ave.
Cleveland, MS 38732
(662) 843-6171 (Phone)
(662) 843-6176 (Fax)

*Attorneys for Tippah Co.; Karl Gaillard & Tippah Co. Sheriff's Dept.*

JASON THOMAS MARSH
G. TODD BUTLER
PHELPS DUNBAR LLP
4270 I-55 North
Jackson, MS 39236
(601) 352-2300 (Phone)

*Attorney for Walnut PD*

                                                /s/ Daniel V. Parish_____
                                                Daniel V. Parish