IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| CANDACE MILAM DREW, Individually and as Administrator of the Estate of JAMES VINCENT GULLETT, Deceased, | : : : : : | |
| Plaintiff, | : : | |
| vs. | : : | No. 3:21cv194-MPM-RP JURY TRIAL DEMANDED |
| TIPPAH COUNTY; TIPPAH COUNTY SHERIFF'S DEPARTMENT; KARL GAILLARD: WALNUT POLICE DEPARTMENT and JOHN DOES 1-10. | : : : : : | |
| Defendants | | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES**

This cause came before the Court on the Plaintiff's Unopposed Motion to Extend Expert Disclosure Deadlines. As the Motion is not opposed, the Court finds the Motion favorable and hereby grants the Motion. The deadlines in the Court's Order Resetting Deadlines Following Trial Continuance [Dkt. No. 43] shall be modified in the following manner:

1. Plaintiff's expert disclosures by November 4, 2022;

2. Defendants' expert disclosures by December 2, 2022;

DONE and ORDERED this the _____ day of _____ 2022.

_____

U.S. MAGISTRATE JUDGE ROY PERCY

1

APPROVED FOR ENTRY:

/s/ Daniel V. Parish
DANIEL V. PARISH, Pro Hac Vice
PATRICK M. ARDIS
WOLFF ARDIS, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134
(901) 763-3336
(901) 763-3376 Fax

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Daniel V. Parish, hereby certify that a true and correct copy of the foregoing document has been served upon the below parties via email:

ARNOLD LUCIANO
MARY KAY GRIFFITH
JACKS GRIFFITH LUCIANO, P.A.
150 N. Sharpe Ave.
Cleveland, MS 38732
(662) 843-6171 (Phone)
(662) 843-6176 (Fax)

*Attorneys for Tippah Co.; Karl Gaillard & Tippah Co. Sheriff's Dept.*

JASON THOMAS MARSH
G. TODD BUTLER
PHELPS DUNBAR LLP
4270 I-55 North
Jackson, MS 39236
(601) 352-2300 (Phone)

*Attorney for Walnut PD*

/s/ Daniel V. Parish
Daniel V. Parish