# IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CANDACE MILAM DREW, Individually and as Administrator of the Estate of JAMES VINCENT GULLETT, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> TIPPAH COUNTY; TIPPAH COUNTY SHERIFF'S DEPARTMENT; KARL GAILLARD: WALNUT POLICE DEPARTMENT and JOHN DOES 1-10. <br><br> Defendants | No. 3:21cv194-MPM-RP <br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL OF DEFENDANT WALNUT POLICE DEPARTMENT WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties hereby stipulate that the Plaintiff's claims and causes of action against Defendant Walnut Police Department are to be dismissed. This dismissal is explicitly made without prejudice. Further, this Stipulation of Dismissal does not affect the Plaintiff's causes of action against the remaining Defendants: Tippah County, Tippah County Sheriff's Department, Karl Gaillard and John Does 1-10.

1

BY AGREEMENT:

*/s/ Patrick M. Ardis*
DANIEL V. PARISH, *Pro Hoc Vice*
PATRICK M. ARDIS
WOLFF ARDIS, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134
(901) 763-3336
(901) 763-3376 Fax

*Counsel for Plaintiff*

*/s/ Jason Thomas Marsh*
JASON THOMAS MARSH
G. TODD BUTLER
PHELPS DUNBAR LLP
4270 I-55 North
Jackson, MS 39236
(601) 352-2300 (Phone)

*Attorney for Walnut PD*

*/s/ Arnold Luciano*
ARNOLD LUCIANO
MARY KAY GRIFFITH
JACKS GRIFFITH LUCIANO, P.A.
150 N. Sharpe Ave.
Cleveland, MS 38732
(662) 843-6171 (Phone)
(662) 843-6176 (Fax)

*Attorneys for Tippah Co.; Karl Gaillard & Tippah Co. Sheriff's Dept*