**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

CANDACE MILAM DREW                                                                              PLAINTIFF
*Individually and as Administrator*
*of the Estate of James Vincent Gullett, Deceased*

VS.                                                                             CIVIL ACTION NO. 3:21CV194 M-P

TIPPAH COUNTY, ET AL.                                                                         DEFENDANTS

**ORDER DISMISSING ACTION**
**BY REASON OF SETTLEMENT**

The court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 5th day of December 2022.

       /s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**