# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**CANDACE MILAM DREW, Individually and
as Administrator of the Estate of James
Vincent Gullett, Deceased**                                                  **PLAINTIFF**

**v.**                                  **CIVIL ACTION NO: 3:21-CV-00194-MPM-RP**

**TIPPAH COUNTY, MISSISSIPPI;
TIPPAH COUNTY SHERIFF'S DEPARTMENT;
KARL GAILLARD; WALNUT POLICE
DEPARTMENT; and, JOHN DOES 1-10**                        **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COMES** Plaintiff, Candace Milam Drew, Individually and as Administrator of the Estate of James Vincent Gullett, Deceased, by and through counsel, and Defendants, Tippah County, Mississippi, Tippah County Sheriff's Department, and Karl Gaillard (the "Tippah Defendants"), by and through counsel, together as all parties who have appeared in this cause of action, and pursuant to the provisions of *Federal Rule of Civil Procedure 41(a)(1)(A)(ii)*, do hereby stipulate that all claims brought against the Tippah Defendants in this matter are dismissed with prejudice, with each party to bear its respective attorneys' fees, costs, and expenses.

**RESPECTFULLY SUBMITTED,** this 19th day of December, 2022.

| | |
|---|---|
| **TIPPAH COUNTY, MISSISSIPPI;**<br>**TIPPAH COUNTY SHERIFF'S**<br>**DEPARTMENT; and KARL GAILLARD**<br>**Defendants** | **CANDACE MILAM DREW, Individually**<br>**and as Administrator of the Estate of**<br>**James Vincent Gullett, Deceased**<br>**Plaintiff** |
| By: */s/ Arnold U. Luciano*<br>Arnold U. Luciano, MS Bar No. 99198<br>Daniel J. Griffith, MS Bar No. 8366<br>Mary McKay Griffith, MS Bar No. 100785<br>Jacks Griffith Luciano, P.A.<br>150 N Sharpe Avenue<br>P.O. Box 1209<br>Cleveland, MS 38732 | By: */s/ Patrick Michael Ardis*<br>Patrick Michael Ardis, BPR No. 104916<br>Daniel V. Parish, *Pro Hac Vice*<br>Wolff Ardis, P.C.<br>5810 Shelby Oaks Drive<br>Memphis, TN 38134<br>Telephone: 901-763-3336<br>Email: pardis@wolffardis.com |

| | |
|---|---|
| Telephone: 662-843-6171 | dparish@wolffardis.com |
| Facsimile: 662-843-6176 | **Attorneys for Plaintiff** |
| Email: aluciano@jlaplaw.com | |
| dgriffith@jlpalaw.com | |
| mgriffith@jlpalaw.com | |
| **Attorneys for Defendant**s | |

## CERTIFICATE OF SERVICE

      I, Arnold U. Luciano, attorney of record for Defendants Tippah County, Mississippi; Tippah County Sheriff's Department; and, Karl Gaillard, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Stipulation of Dismissal with Prejudice* to be delivered by the ECF Filing System which gave notice to the following Counsel of Record:

Patrick Michael Ardis
Daniel V. Parish, *PHV*
Wolff Ardis, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134
Phone: (901) 763-3336
Email: pardis@wolffardis.com
**Attorney for Plaintiff**

Jason Thomas Marsh, Esq.
G. Todd Butler, Esq.
Phelps Dunbar LLP - Jackson
4270 I-55 North
P.O. Box 16114
Jackson, MS 39236-6114
Phone: (601) 352-2300
Email: jason.marsh@phelps.com
        butlert@phelps.com
**Attorneys for Walnut Police Department**

**DATED** this 19th day of December, 2022.

                                        /s/ *Arnold U. Luciano*
                                        Arnold U. Luciano