IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CANDACE MILAM DREW, Individually and
as Administrator of the Estate of James
Vincent Gullett, Deceased **PLAINTIFF**

v. CIVIL ACTION NO: 3:21-CV-00194-MPM-RP

TIPPAH COUNTY, MISSISSIPPI;
TIPPAH COUNTY SHERIFF'S DEPARTMENT;
KARL GAILLARD; WALNUT POLICE
DEPARTMENT; and, JOHN DOES 1-10 **DEFENDANTS**

## ORDER

The Complaint [Doc. 1] and First Amended Complaint [Doc. 23] filed herein by Plaintiff against the Defendants, Tippah County, Mississippi; Tippah County Sheriff's Department; and Karl Gaillard, together with the civil actions stated therein and the demands made or which might have been made for relief therein by the Plaintiff, shall be, and the same hereby are, dismissed with full prejudice by reason of settlement. The terms and conditions of a settlement agreement by and between the parties have been satisfied and entry of the instant order has been requested.

ACCORDINGLY, IT IS ORDERED this action should be dismissed with full prejudice.

This the 9th day of January, 2023.

HONORABLE MICHAEL P. MILLS
UNITED STATES DISTRICT COURT JUDGE

Agreed to by:

*/s/ Patrick Michael Ardis*
Patrick Michael Ardis, BPR No. 104916
Daniel V. Parish, *Pro Hac Vice*
Attorney for Plaintiff

*/s/ Arnold U. Luciano*
Arnold U. Luciano, MS Bar No. 99198
Daniel J. Griffith, MS Bar No. 8366
Mary McKay Griffith, MS Bar No. 100785
Attorneys for Defendants, Tippah County, Mississippi;
Tippah County Sheriff's Department; and, Karl Gaillard